Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
Melissa Phung, SBN 257813
mphung@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, CA  94607
Phone: 510-550-8200
Fax:  510-550-8211

Attorneys for Plaintiff/Counter-Defendant NEW HAVEN UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NEW HAVEN UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>R.M., a minor student,<br><br>　　　　　Defendant. | CASE NO. CV 10-04583 PJH<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF NEW HAVEN UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER**<br><br>**[Civil Local Rules 6-2, 7-12]** |
| R.M., a minor, by Guardian ad Liten MARIA ELENA MERCADO, R.M., Sr., and MARIA ELENA MERCADO in their individual capacities,<br><br>　　　　　Counter-Claimants,<br><br>　　vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT and DOES 1-20,<br><br>　　　　　Counter-Defendants. | |

Counsel for plaintiff and counter-defendant NEW HAVEN UNIFIED SCHOOL DISTRICT ("Plaintiff") and counsel for defendant and counter-claimants R.M., Maria Elena Mercado and R.M. Sr. (collectively "Counter-Claimants") hereby stipulate as follows subject to the approval of the Court:

1. This action is an appeal from an administrative special education "due process" proceeding. In connection with that appeal, Counter-Claimants have filed a counter-claim for attorneys fees.

2. Counsel for the parties appeared at a case management conference on January 27, 2011. As a result of the conference, the Court issued a Case Management Order, setting a hearing date for Plaintiff's motion for summary judgment of June 15, 2011.

3. On March 30, 2011, the parties attended a mediation. They were unable to reach a settlement at that time.

4. On April 29, 2011, counsel for the parties met privately to further discuss a possible settlement of this matter. Counter-Claimants have made a settlement offer to Plaintiff which is currently pending. Before Plaintiff can accept or otherwise respond, the offer must be presented to its Board of Trustees at its next regularly scheduled Board Meeting on May 17, 2011.

5. Based on the current hearing date of June 15, 2011, for Plaintiff's motion for summary judgment, said motion would have to be filed by May 11, 2011, which is prior to the Board Meeting. Thereafter, Counter-Claimant's opposition would be due on May 26, 2011.

6. In order to reduce litigation costs and provide the parties with the full opportunity to attempt settlement of this matter, the parties jointly agree and stipulate to continue the hearing on Plaintiff's motion for summary judgment.

7. There have been no prior modifications to the dates set forth in the Court's Case Management Order.

8. This brief continuance of the hearing on the motion for summary judgment would have minimal impact on the Court and the parties. There is no trial date or other date scheduled which would be impacted by the continuance.

/ / /

/ / /

/ / /

WHEREFORE, based on the foregoing, the parties stipulate as follows:

1. The hearing on Plaintiff's motion for summary judgment will be continued to July 20, 2011, at 9:00 a.m. or to a date thereafter which is convenient for the Court.

2. Plaintiff's motion for summary judgment, and any opposition or reply, shall be filed based on this hearing date and in accordance with Civil Local Rules 7-2 and 7-3.

.

DATED: May 2, 2011                    FAGEN FRIEDMAN & FULFROST, LLP


                                      By:  /s/ Kimberly A. Smith
                                           Kimberly A. Smith
                                           Attorneys for Plaintiff/Counter-Defendant NEW
                                           HAVEN UNIFIED SCHOOL DISTRICT


DATED: May 2, 2011                    ADAMS, ESQ.


                                      By:  /s/ Jean Murrell-Adams
                                           Jean Murrell-Adams
                                           Attorneys for Defendant/Counter-Claimants
                                           R.M., MARIA ELENA MERCADO and R.M.,
                                           Sr.


I, Kimberly A. Smith, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with General Order 45, X.B., I hereby attest that attorney Jean Murrell-Adams has concurred in this filing.


DATED: May 2, 2010                    FAGEN FRIEDMAN & FULFROST, LLP


                                      By:  /s/ Kimberly A. Smith
                                           Kimberly A. Smith
                                           Attorneys for Defendant FREMONT UNION
                                           HIGH SCHOOL DISTRICT


00405.00112/268207.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NEW HAVEN UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>R.M., a minor student,<br><br>　　　　　Defendant. | CASE NO. CV 10-04583 PJH<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE HEARING ON PLAINTIFF NEW HAVEN UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT;** |
| R.M., a minor, by Guardian ad Liten MARIA ELENA MERCADO, R.M., Sr., and MARIA ELENA MERCADO in their individual capacities,<br><br>　　　　　Counter-Claimants,<br><br>　　vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT and DOES 1-20,<br><br>　　　　　Counter-Defendants. | |

**ORDER**

The Court, having reviewed and considered the STIPULATION TO CONTINUE HEARING ON PLAINTIFF NEW HAVEN UNIFIED SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT finding good cause, does hereby ORDER that the hearing on said

1  motion shall be continued to July 20, 2011.  Plaintiff's Motion and opposition and reply shall be
2  filed in accordance with the timelines set forth in Civil Local Rules 7-2 and 7-3.
3       IT IS SO ORDERED.
4
5  DATED: 5/3/11
6  THE HONORABLE S. J. HAMILTON
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*