

# Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie E. Reynolds
Kathleen J. McKee
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Douglas N. Freifeld
Diane Marshall-Freeman
Roy A. Combs
Mark S. Williams
Lenore Silverman
Kimberly A. Smith
Brian D. Bock
Rob V. Piacente
Elizabeth B. Mori
Namita S. Brown
Wesley B. Parsons
Gretchen M. Shipley
Anne M. Sherlock
David A. Moreno
Dean T. Adams

William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Airionna S. Whitaker
Angela Gordon
Cynthia M. Smith
Emily E. Sugrue
Jennifer R. Rowe
Joshua A. Stevens
Lyndsy B. Rutherford
Tiffany M. Santos
L. Carlos Villegas
Kerrie E. Taylor
Maggy M. Athanasious
Susan B. Winkelman
Gregory Rodriguez
Andrea N. Epps
Anna J. Miller
Melissa Phung
Keith Yanov
Jordan I. Bilbeisi
Kelley A. Owens
Leslie A. Reed
Martha I. Casillas
Melanie D. Seymour
Rebecca P. Feil

Diana McDonough
Lynn Murphy, Ed.D.
    Of Counsel

June 27, 2011

Kimberly A. Smith
Direct Dial: 510-550-8206
ksmith@fagenfriedman.com

*Via Electronic Filing and Attorney Service*

Nichole Heuerman
Calendar Clerk and Courtroom Deputy
United States District Court for the Northern District
Oakland Courthouse
Courtroom 3 - 3rd Floor
1301 Clay Street
Oakland, CA 94612

Re:   *New Haven Unified School District v. R.M.*
      United States District Court Case No. CV 10-04583PJH

Dear Ms. Heuerman:

As you know, Plaintiff New Haven Unified School District filed a stipulation signed by the parties on May 2, 2011, requesting that the hearing on Plaintiff's Motion for Summary Judgment ("Motion") be continued to July 20, 2011, to allow the parties the opportunity to explore settlement. Settlement discussions occurred and it appeared to Plaintiff that a settlement had been reached. Thus, the Motion was not filed.

Unfortunately, the parties have been unable to finalize the settlement agreement. Thus, the District will resume the preparation of the Motion, which it can file with the Court no later than July 25, 2011. Plaintiff therefore requests that the Court set the hearing for this motion on August 31, 2011, or on any date thereafter which is convenient for the Court. If, in the interim, the parties are able to finalize a settlement of this case, we will give prompt notice to the Court.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

*Kimberly A. Smith*

Kimberly A. Smith
KAS:jcf
cc:   Jean Adams

00405.00112/281870.1

6/29/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton