Laurie E. Reynolds, SBN 148693
lreynolds@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, CA  94607
Phone: 510-550-8200
Fax:  510-550-8211

Attorneys for Plaintiff/Counter-Defendant NEW HAVEN UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| NEW HAVEN UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>      vs.<br><br>R.M., a minor student,<br><br>            Defendant.<br><br>R.M., a minor, by Guardian ad Liten MARIA ELENA MERCADO, R.M., Sr., and MARIA ELENA MERCADO in their individual capacities,<br><br>            Counter-Claimants,<br><br>      vs.<br><br>NEW HAVEN UNIFIED SCHOOL DISTRICT and DOES 1-20,<br><br>            Counter-Defendants. | CASE NO. CV 10-04583 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff and Counter-Defendant NEW HAVEN UNIFIED SCHOOL DISTRICT and Defendant and Counter-Claimants R.M., R.M. Sr. and MARIA ELENA MERCADO, through their undersigned counsel, that the entire action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a).

IT IS FURTHER STIPULATED that the Court shall direct the clerk to enter the dismissal of the entire action with prejudice.

IT IS FURTHER STIPULATED that the parties will bear their own costs and attorneys' fees.

DATED: August 29, 2011  FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Plaintiff/Counter-Defendant NEW HAVEN UNIFIED SCHOOL DISTRICT

DATED: August 29, 2011  ADAMS ESQ.

By: /s/ Jean Murrell Adams
Jean Murrell Adams
Attorneys for Defendant/Counter-Claimants R.M., R.M., SR and MARIA ELENA MERCADO

I, Kimberly A. Smith, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE. In compliance with General Order 45, X.B., I hereby attest that Jean Murrell Adams has concurred in this filing.

DATED: August 29, 2011  FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Plaintiff/Counter-Defendant NEW HAVEN UNIFIED SCHOOL DISTRICT

**ORDER**

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED AND ADJUDGED AND DECREED THAT:

1. The entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a).

2. The clerk shall enter dismissal of the entire action with prejudice as to all plaintiffs, defendants, counter-claimants and counter-defendants.

3. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Date: __8/30/11_____



THE HONORABLE PHYLLIS J. HAMILTON
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

00405.00112/293810.1

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211